AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Travis Joseph Crawford<br>*Defendant(s)* | Case No. 1:21-mj-442 TMD |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

8:31 am, Feb 19 2021

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **November 30, 2020** in the county of **Harford** in the
_____ District of **Maryland**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2251(a) | Production of child pornography |
| Title 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Peter T. Baish*
Complainant's signature

Peter T. Baish, Special Agent, HSI
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 2/18/2021

Judge's signature

City and state: Baltimore, Maryland

Thomas M. DiGirolamo, U.S. Magistrate Judge
Printed name and title