IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE COMPLAINT AND ARREST WARRANT FOR TRAVIS JOSEPH CRAWFORD; | Case Nos.<br><br>1:21 MJ-442 TMD |

## ORDER

For good cause shown upon motion of the United States of America, this __22__ day of February, 2021, by the United States District Court for the District of Maryland, it is hereby ORDERED that the complaint and redacted affidavit in the above-referenced complaint and arrest warrants, hereby is, UNSEALED pending further order of this Court.

It is further ORDERED that the complaint and redacted affidavit be filed in the public record.

It is further ORDERED that the affidavit remain SEALED.

It is further ORDERED that the Clerk of the Court provide a copy of this Order to the United States Attorney's Office.

_____
HONORABLE THOMAS M. DIGIROLAMO
UNITED STATES MAGISTRATE JUDGE

1