========================================================

# *UNITED STATES DISTRICT COURT*

--------------- DISTRICT OF MARYLAND ---------------

### APPEARANCE

UNITED STATES OF AMERICA

v.                                              CASE NUMBER:  TMD-21-442

TRAVIS CRAWFORD

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Travis Crawford.  I certify that I am eligible to practice in this court.

Date:  <u>February 25, 2021</u>

<u>                       /s/                       </u>
SEDIRA S. BANAN #804819
Assistant Federal Public Defender
Office of the Federal Public Defender
Tower II - 9TH Floor
100 South Charles Street
Baltimore, Maryland  21201
(410)  962-3962 (t)
(410)  962-0872 (f)
Sedira_Banan@fd.org